# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**DONNA PEASE**   CASE NO.:

**Plaintiff,**

v.

**SODEXO, INC. and SDH**
**EDUCATION WEST, LLC,**

**Defendants.**
_____/

**DECLARATION OF KIMBERLY SHACKLEFORD IN SUPPORT OF**
**DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL**

STATE OF MARYLAND   )

COUNTY OF MONTGOMERY)

 I, Kimberly Shackleford, being over 18 years of age and competent to testify as to the following matters contained herein, declare and state as follows based upon personal knowledge:

 1. I am employed by Sodexo, Inc. ("Sodexo"), as a Senior Paralegal.

 2. The information contained in this Declaration is true and correct, and based on my personal knowledge and review of personnel and other corporate records maintained by Sodexo in the regular course of business.

3. Plaintiff, Donna Pease, was employed by Sodexo from October 25, 2004 to August 12, 2018. At the time of Plaintiff's separation from employment, she earned an annual salary of $75,750.06.

4. Sodexo has its principal place of business in Gaithersburg, Maryland, and is organized under the laws of Delaware.

5. Defendant SDH Education West, LLC is a Delaware limited liability company and has its principal place of business in Gaithersburg, Maryland. The sole member of SDH Education West, LLC is Sodexo America, LLC, a Delaware limited liability company. Its principal place of business is Gaithersburg, Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of August 2022.

_____
Kimberly Shackleford

4875-1575-5824, v. 1